1012

[No. 18723-3-III. Division Three. March 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONDI GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00106-4, Craig J. Matheson, J., entered September 15, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19082-0-III. Division Three. March 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY VICTOR KNOX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00511-3, Tari S. Eitzen, J., entered January 26, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 19630-5-III. Division Three. March 6, 2001.]

ROBERT EZELL, ET AL., *Appellants*, v. SCOTT B. HUTSON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-2-00235-5, Donald W. Schacht, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J. Now published at 105 Wn. App. 485.